MEMO ENDORSED



**VIRGINIA & AMBINDER LLP**
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Lillianna R. Iorfino**
Associate
liorfino@vandallp.com

August 12, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/13/2025

<u>VIA ECF</u>

Hon. Andrew L. Carter, Jr. U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007

      **RE:**    *Trustees of the New York City District Council of Carpenters*
               <u>*Pension Fund, et al. v. Fidelis Contracting, Inc.*, 25 CV 5769 (ALC)</u>

Dear Judge Carter, Jr.:

      This firm represents Petitioners in the above-referenced case. We write to respectfully request a thirty (30) day stay of this matter pending the next scheduled Trustee meeting on September 2, 2025 as the parties have reached a settlement in principal. This is the first request for a stay.

      The proposed settlement will be formally voted upon by the Trustees at their next meeting on September 2, 2025. We therefore request a thirty (30) day stay through September 11, 2025, to allow the parties time to obtain Trustee approval and, depending on the outcome thereof, execute the settlement agreement.

      We thank the Court for its time and attention to this matter.

                                              Respectfully submitted,

                                              */s/ Lillianna R. Iorfino*

                                              Lillianna R. Iorfino, Esq.

cc:    Michael Kuzow, Esq. (*via ECF and e-mail*)

**Petitioners shall file a status report on settlement on or before September 5, 2025.**

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
August 13, 2025
New York, NY