**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,**

       **Petitioners,**

    **-against-**

**FIDELIS CONTRACTING, INC.,**

       **Respondent.**

**1:25-cv-05769 (ALC)**

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

   It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

**Dated:**  **September 4, 2025**
    **New York, New York**

          _____
           **ANDREW L. CARTER, JR.**
           **United States District Judge**